# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | Case No. 2:18-cv-00612-GMN-NJK |
| Plaintiff | ORDER |
| v. | |
| B. SMITH et al., | |
| Defendants | |

According to the California Department of Corrections and Rehabilitation ("CDCR") inmate database, Plaintiff is no longer at the address listed with the Court. Pursuant to Local Rule IA 3-1, a *pro se* party "must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney." Failure to comply with this rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court no later than June 12, 2019.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: May 13, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE