1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

GUILLERMO TRUJILLO CRUZ,

No.  2:19-cv-1027 JAM CKD P

12

Plaintiff,

13

v.

FINDINGS AND RECOMMENDATIONS

14

B. SMITH, et al.,

15

Defendants.

16

17

     On September 9, 2020, the district court judge assigned to this case ordered that plaintiff

18

pay the $400 filing fee for this action within 14 days.  Plaintiff has not paid the filing fee.

19

     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

20

prejudice.

21

     These findings and recommendations are submitted to the United States District Judge

22

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

23

after being served with these findings and recommendations, plaintiff may file written objections

24

with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

25

and Recommendations."  Plaintiff is advised that failure to file objections within the specified

26

/////

27

/////

28

/////

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

(9th Cir. 1991).

Dated:  September 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cruz1027.fee

2