UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | No. 2:19-cv-1027 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| B. SMITH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, sought relief in this action pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on December 8, 2020. On December 28, 2020, plaintiff filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal.

Because plaintiff has "struck out" under 28 U.S.C. 1915(g) as explained in the magistrate judge's September 3, 2019 order, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 43) is denied.

DATED: January 25, 2021         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE